AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| Michael Diesa and Rebecca Toback, indiviually and on behalf of all others similarly situated | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    3:26-cv-00039 |
| World Wrestling Entertainment, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Michael Diesa and Rebecca Toback                                                                      .

Date:      01/14/2026

/s/ Anja Rusi
*Attorney's signature*

Anja Rusi (CT 30686)
*Printed name and bar number*
Scott+Scott Attorneys at Law LLP
156 S Main St.
P.O. Box 192
Colchester, CT 06415
*Address*

arusi@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

Print     Save As...     Reset