AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Michael Diesa et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:26-cv-00039 |
| World Wrestling Entertainment, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

World Wrestling Entertainment, LLC.

Date: 02/09/2026

/s/ Daniel S. Noble
*Attorney's signature*

Daniel S. Noble (31089)
*Printed name and bar number*

350 Fifth Avenue, 77th Floor
New York, NY 10118
*Address*

daniel.noble@KKLllp.com
*E-mail address*

(212) 390-9555
*Telephone number*

*FAX number*