UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL DIESA and REBECCA TOBACK, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC,<br><br>  Defendant. | Civil Action No. 3:26-cv-00039-SFR |

Pursuant to Local Civil Rule 7(b), Defendant World Wrestling Entertainment, LLC ("WWE") moves for a 60-day extension of time, to and including April 13, 2026, to respond to Plaintiffs' Amended Class Action Complaint. There is good cause for this extension request because WWE is in the process of engaging counsel who will need additional time to review the lengthy complaint's allegations and multiple causes of action. No previous extension of this deadline has been sought. Plaintiffs consent to this request.

Dated: February 9, 2026

Respectfully submitted,

*/s/ Daniel S. Noble*
Daniel S. Noble
KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
Telephone: (212) 390-9555
daniel.noble@KKLllp.com

*Attorney for World Wrestling Entertainment, LLC*