# Exhibit A

| | |
|---|---|
| **From:** | Schoenfeld, Alan E |
| **To:** | Michael Sampson; Joseph P. Guglielmo; ecomite@scott-scott.com; arusi@scott-scott.com; Nicholas Colella; Daniel Noble (KKL) |
| **Cc:** | Chabot, Ryan |
| **Subject:** | Diesa v. WWE, 26 Civ. 39 (D. Conn.) |
| **Date:** | Monday, March 23, 2026 3:48:45 PM |

Counsel, we represent ESPN, LLC in connection with the Diesa litigation.  ESPN intends to move to intervene and to compel arbitration of plaintiffs' claims, as to both ESPN and WWE.  Please let us know if the parties consent to intervention.  If not, to conserve party and court resources, we propose to stipulate to an agreed schedule for the motion to intervene, and to adjourn defendants' time to respond to the complaint until fourteen days after the court's ruling on the intervention motion.  If plaintiffs do not oppose intervention, we can agree to a schedule for briefing the motion to compel arbitration now.  In the meantime, we propose to stay all other action and deadlines in the case, given the impending motion to compel arbitration.  Please let us know your position; we are available to discuss if that would be helpful.

Regards,
Alan Schoenfeld

Alan E. Schoenfeld | WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 937 7294 (o)
+1 347 416 2620 (m)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

This email has been scanned for spam and viruses. Click here to report this email as spam.