**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL DIESA and REBECCA TOBACK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, LLC, <br><br> Defendant. | Civil Action No.: 3:26-cv-00039-SFR <br><br> Jury Trial Demanded |

**PLAINTIFFS MICHAEL DIESA AND REBECCCA TOBACK'S**
**RESPONSE TO MOTION TO EXTEND**
**WORLD WRESTLING ENTERTAINMENT, LLC'S**
**MONDAY, APRIL 13, 2026, DEADLINE TO RESPOND TO THE AMENDED CLASS**
**ACTION COMPLAINT PENDING RESOLUTION OF SCHEDULING MOTIONS**

As Defendant World Wrestling Entertainment, LLC ("WWE") acknowledges in its

Motion to Extend World Wrestling Entertainment, LLC's Monday, April 13, 2026, Deadline to

Respond to the Amended Class Action Complaint Pending Resolution of Scheduling Motions

(Apr. 9, 2026) [Doc. 58] ("WWE's Motion"), Plaintiffs do *not* consent to that motion. *See*

WWE's Motion at 2 (stating that "Plaintiffs do not consent to the requested extension").

Plaintiffs continuously have been clear: "WWE should … be required to respond to [Plaintiffs'

amended complaint] by April 13, 2026. That was the deadline WWE requested and was

granted." Plaintiffs Michael Diesa and Rebecca Toback's Memorandum of Points and

Authorities in Opposition to Motion for Scheduling Order by World Wrestling Entertainment,

LLC, ESPN, LLC, and BAMTech, LLC (Apr. 9, 2026) [Doc. 56] ("Plaintiffs' Scheduling

Opposition") at 5 (emphasis omitted).

WWE's reliance on a quotation from Plaintiffs' Scheduling Opposition to seemingly suggest otherwise is misguided. *See* WWE's Motion at 2 (quoting Plaintiffs' Scheduling Opposition). WWE takes the quote in question out of context. To be sure, as WWE observes, Plaintiffs did note that there was general agreement that "this Court should decide [motions to intervene] before … turn[ing] to any (potential) motion(s) to compel arbitration." Plaintiffs' Scheduling Opposition at 2 (footnote omitted). That statement, however, was in reference to the sequencing of the disposition of the various motions. Plaintiffs have never wavered from their position that WWE should respond to the amended complaint by the existing deadline. Indeed, in their Scheduling Opposition, Plaintiffs immediately continued: "On other points, however, [the dueling scheduling motions] do not agree. … The[] … schedule [proposed by WWE; ESPN, LLC; and BAMTech, LLC] also affords WWE an indeterminate amount of time beyond the additional 60 days it already received to respond to [the amended complaint]. [Therefore], this Court should deny ESPN & WWE's Scheduling Motion (and instead grant Plaintiffs' Scheduling Motion, which requires, *inter alia*, that WWE respond to the [amended complaint] by the current deadline …)." *Id.* (footnotes omitted). *See also id.* at 6 (" Requiring that WWE respond to the [amended complaint] as long-ago ordered will not necessarily … 'create parallel tracks, months apart, with separate rights to appeals and to stays.' WWE can still, if it so chooses, move to compel arbitration pursuant to an agreement to which it is not a party ….") (emphasis omitted) (citation omitted).

Dated: April 13, 2026

Respectfully submitted,

By: */s/ Michael H. Sampson*

Michael H. Sampson
Nicholas A. Colella
(admitted *pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
mike@lcllp.com
nickc@lcllp.com

Joseph P Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
(212) 223-6444
jguglielmo@scott-scott.com

Erin Green Comite
Anja Rusi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537
ecomite@scott-scott.net
arusi@scott-scott.com

*Counsel for Plainitffs and Putative Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on April 13, 2026, true and correct copies of the foregoing PLAINTIFFS MICHAEL DIESA AND REBECCCA TOBACK'S RESPONSE TO MOTION TO EXTEND WORLD WRESTLING ENTERTAINMENT, LLC'S  MONDAY, APRIL 13, 2026, DEADLINE TO RESPOND TO THE AMENDED CLASS ACTION COMPLAINT PENDING RESOLUTION OF SCHEDULING MOTIONS were served on the following counsel via the Court's ECF System:

Daniel Scott Noble, Esq.
Benjamin W. Perotin, Esq.
KKL LLP
350 Fifth Avenue
New York, NY 10118
Daniel.Noble@KKLllp.com
Ben.Perotin@KKLllp.com

*Counsel for Defendant World Wrestling Entertainment, LLC*

David R. Allen, Esq.
Deidre M. Daly, Esq.
Finn Dixon & Herling LLP
Six Landmark Square
Stamford, CT 06901
dallen@fdh.com
ddaly@fdh.com

Alan E. Schoenfeld, Esq.
Ryan Chabot, Esq.
Marissa M. Wenzel, Esq.
Nelson S. Castano, Esq.
Wilmer Culter Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
alan.schoenfeld@wilmerhale.com
ryan.chabot@wilmerhale.com
marissa.wenzel@wilmerhale.com
nelson.castano@wilmerhale.com

*Counsel for Proposed Intervenors ESPN, LLC & BAMTech, LLC*

/s/ Michael H. Sampson
Michael H. Sampson