# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MICHAEL DIESA and REBECCA TOBACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC,<br><br>Defendant. | Civil Action No.: 3:26-cv-00039-SFR |

## ORDER

IT IS HEREBY **ORDERED,** on this 27th day of April, 2026 that Plaintiffs Michael Diesa and Rebecca Toback's brief(s) in opposition to (i) the Motion to Intervene by ESPN, LLC (Mar. 27, 2026) [Doc. 34] and (ii) the Motion to Intervene and Incorporated Memorandum of Law by BAMTech, LLC (Apr. 3, 2026) [Doc. 49] (together, "ESPN's MTIs") shall be filed by no later than May 1, 2026.

It is further **ORDERED** that ESPN, LLC and/or BAMTech, LLC shall file any reply brief(s) in further support of ESPN's MTIs by no later than May 15, 2026.

Finally, it is **ORDERED** that all further briefing with respect to the Motion to Compel Arbitration by ESPN, LLC, BAMTech, LLC, and World Wrestling Entertainment, LLC (Apr. 13, 2026) [Doc. 62] shall be held in abeyance pending the resolution of ESPN's MTIs.

Date: 2026.04.27
15:16:03 -04'00'

_____

Thomas O. Farrish
United States Magistrate Judge