**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 8/20/26

Diesa, et al.

Vs.

World Wrestling Entertainment, LLC.

BKY Appellant

BKY Appellee

BKY case #

Start Time 10:00 a.m. End Time 10:51 a.m.

Recess (if more than ½ hr) ________ to ________

Total Time ________ hour(s) 51 minute(s)

Case # 3:26CV39(SFR)

Honorable Judge T. O. Farrish

Deputy Clerk R. K. Wood

Counsel for Pla(s) A. Rusi, M. Sampson

Counsel for Dft(s) B. Perotin, D. Noble

Reporter/Courtsmart Zoom Recording

Interpreter

Language

Hearing held

☐ in person ☑ by video ☐ by telephone

---

## HEARING AND TIME

| | | |
|---|---|---|
| ■ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: ____________ ____ |

## MOTIONS

■ Motion to Intervene filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement

■ Motion to Intervene filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement

■ Motion to Stay filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement

■ Motion to Stay filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement

☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due ________ ☐ Proposed Findings due ________ Response due ________

☐ Status report due ________

☐ Hearing continued until ________ at ________

## NOTES

Intervenor counsel for ESPN, LLC./BAMTech, LLC. - D. Allen, D. Daly, A. Schoenfeld, M. Wenzel, R. Chabot

Rev. 2/11/26