**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL DIESA and REBECCA TOBACK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC,<br><br>*Defendant*. | No. 3:26-cv-00039-SFR-TOF |

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY RELATING TO DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC'S MOTION TO STAY DISCOVERY**

Defendant World Wrestling Entertainment, LLC ("WWE") respectfully requests permission to file the attached letter providing additional authority in response to a question posed to WWE's counsel by Judge Thomas O. Farrish during the oral argument held on August 20, 2026.

***[SIGNATURE AND CERTIFICATE OF SERVICE ON FOLLOWING PAGE]***

Dated: August 21, 2026

Respectfully submitted,

*/s/ Daniel S. Noble*
KKL LLP
Daniel S. Noble (ct31089)
Benjamin W. Perotin (phv209336)
350 Fifth Avenue
New York, NY 10118
Telephone: (212) 390-9555
Daniel.Noble@KKLllp.com
Ben.Perotin@KKLllp.com

*Attorneys for Defendant World Wrestling Entertainment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Daniel S. Noble*
Daniel S. Noble

*Attorney for Defendant World Wrestling Entertainment, LLC*